# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Roxanne Doner**
   Plaintiff
 vs.         CASE NUMBER: 7:13-CV-720 (TJM/TWD)

**Commissioner of Social Security**
   Defendant


**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Therese Wiley Dancks are ADOPTED and the Commissioner's Decision is AFFIRMED. Therefore plaintiff's Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 24 day of September, 2014.


DATED: September 25, 2014

*Lawrence K. Baerman*
Clerk of Court

s/   *Joanne Bleskoski*

_____
Joanne Bleskoski
Deputy Clerk